# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD     SUITE 402     WOODBURY, NY 11797
TELEPHONE: 516.712.4000     FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

May 26, 2021

*VIA ECF*
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The application is **GRANTED**. All deadlines are stayed. The initial conference on June 3, 2021, at 10:30 A.M., *see* Dkt. No. 7, is adjourned sine die. By **July 27, 2021**, the parties shall file a joint letter stating the status of the below referenced stipulation.

**SO ORDERED.**     **Dated: May 27, 2021**     **New York, New York**

    Re:     Donna Hedges v. American Center for Conflict Resolution Institute, Inc.
               Case No.:     21-cv-02958 (LGS)
               Our File:     420-20454

Dear Honorable Judge Schofield:

     As you are aware, this firm represents Defendant, *American Center for Conflict Resolution Institute, Inc.*, in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that they plan to file a stipulation discontinuing the matter and request that the Court please implement a stay of these proceedings for at least sixty (60) days from the date of this correspondence in anticipation of said filing.

     We thank this Honorable Court for its time and consideration.

                                     Respectfully submitted,

                                     MILBER MAKRIS PLOUSADIS
                                     & SEIDEN, LLP

                                     *Tyler B. Levenson*
                                     Tyler B. Levenson

ERG/TBL/kd

cc: *via ECF*
Jeffery M. Gottlieb, Esq.
Michael A. LaBollita, Esq.
Gottlieb & Associates

WOODBURY, NEW YORK    ■    WHITE PLAINS, NEW YORK

NEW JERSEY    ■    CONNECTICUT    ■    FLORIDA    ■    PENNSYLVANIA

Attorneys for Plaintiff
150 E. 18 Street, Suite PHR
New York, NY 10003
212-228-9795
F. 212-982-6284