UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONNA HEDGES, ON BEHALF OF HERSELF AND         Docket No.: 21-cv-2958
ALL OTHER PERSONS SIMILARLY SITUATED,

                          Plaintiff,

-against-

AMERICAN CENTER FOR CONFLICT
RESOLUTION INSTITUTE, INC.,

                         Defendant.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: June 17, 2021
New York, New York

_____
Jeffrey Gottlieb, Esq.
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New York 10003
212-228-9795
Fax: 212-982-6284
Jeffrey@gottlieb.legal
*Attorneys for Plaintiff*

Dated: June 18, 2021
Woodbury, New York

_____
Elizabeth R. Gorman, Esq.
Tyler B. Levenson, Esq.
MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
516-712-4000 ext. 1145
egorman@milbermakris.com
*Attorneys for Defendant*

SO ORDERED.

Dated: June 30, 2021
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE